UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
JOSUE PAGUADA,                                              :
:
Plaintiff,                        :
:                    22-CV-1294 (VSB)
-against-                                :
:                         **ORDER**
:
HILMAR CHEESE COMPANY, INC.,                                :
:
Defendant.                        :
:
--------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

      Plaintiff filed this action on February 15, 2022, (Doc. 1), and filed an affidavit of service on March 24, 2022, (Doc. 6).  The deadline for Defendant to respond to Plaintiff's complaint was April 8, 2022.  (*See id.*)  To date, Defendant has not appeared or responded to the complaint.  Plaintiff, however, has taken no action to prosecute this case.  Accordingly, if Plaintiff intends to seek a default judgment, they are directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than April 25, 2022.  If Plaintiff fails to do so or otherwise demonstrate that they intend to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    April 11, 2022
             New York, New York
                                            VERNON S. BRODERICK
                                            United States District Judge